UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED

NOV 30, 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

CHAPTER 13 CONFIRMATION HEARING MINUTES                     90

CASE NO. RS09-36055 MJ            DATE  NOV 30, 2009

TITLE  LISA & ROBERT PRESTON

HON. Meredith A. Jury, Bankruptcy Judge

PRESENT:

_____, for Rod Danielson, Trustee

_____, for Debtor

_____, for _____

DOCKET ENTRY:    PLAN NOT CONFIRMED

ON MOTION OF: ( ) Court     ( ) Stip.     ( ) Trustee     ( ) Debtor
    ( )  Off Calendar              ( )  Case converted to Chapter \_\_\_\_

    ( )  Hearing continued to _____ at _____ \_\_ m.

    ( )  Case dismissed; \_\_\_\_\_ Without Prejudice \_\_\_\_\_ Under § 109(g)

[ ]    CLERKS BNC ORDER DISMISSING

    NOTES:

DOCKET ENTRY:    PLAN CONFIRMED

    CMG    Plan confirmed per trustee's recommendation.
                                                                    Granted
    ( )  § 522(f)(2) Motion to Avoid Lien of _____ Denied
    ( )  Objection to plan:      Withdrawn  /  Sustained  /  Overruled

    ( )  Interlineations:                        Basic Plan Provisions:
        \_\_\_ Base Plan
        \_\_\_ Disposable Income Lang. #\_\_\_        % to be Paid _____ %
        \_\_\_ Annual  \_\_\_ Semi-annual Review
        \_\_\_ Payment of Allowed Claims Only      Plan Duration _____ mos
        \_\_\_ Atty. Fees @ $_____ per month
        \_\_\_ Tax Refunds to Trustee when Rec'd   Mo.Paym't. $ _____/mo
        \_\_\_ Copies of Tax Returns to Trustee
        \_\_\_ Debtor may not incur any debt over $250 w/o order (expt. med.)